# UNITED STATES of America, Plaintiff–Appellee,

v.

# Ronald E. BLAKE, Defendant–Appellant.

No. 06–3390.

United States Court of Appeals, Seventh Circuit.

Submitted June 11, 2007.

Decided June 28, 2007.

Angela Scott, Office of the United States Attorney, Fairview Heights, IL, for Plaintiff–Appellee.

Gareth G. Morris, Chicago, IL, for Defendant–Appellant.

Before Hon. WILLIAM J. BAUER, Circuit Judge, Hon. ILANA DIAMOND ROVNER, Circuit Judge and Hon. ANN CLAIRE WILLIAMS, Circuit Judge.

## ORDER

The defendant-appellant was not given his right of allocution after the case was remanded for resentencing. The government agrees that the judge made a mistake but says that it was harmless beyond a reasonable doubt. We are less sure of that proposition.

Accordingly, the case is remanded again for resentencing and this time the defendant-appellant must be accorded his allocution rights.